## CASES DISPOSED OF WITHOUT WRITTEN OPINIONS.

No. 15.    D. S. LIDDEN *v.* T. H. B. MYERS; from Beaufort.    Appeal by defendant.    Mr. J. H. Small, for plaintiff, Mr. W. B. Rodman, for defendant.

*Per Curiam:* ·Affirmed, April 26, 1898.

---

No. 27.    MATILDA LESTER *v.* NORFOLK AND SOUTHERN RAILWAY COMPANY ; from Dare.    Appeal by plaintiff. Messrs. Shepherd & Busbee, for defendant.

*Per Curiam:* Affirmed, May 11, 1898.

---

No. 41.    STATE *v.* M. S. PEGRAM ; from Warren. Appeal by defendant.    Attorney General Zeb V. Walser for State; Messrs. Cook & Green for defendant.    Appeal dismissed by consent, February 15, 1898.

---

No. 70.    J. T. GOOCH, Administrator *v.* J. D. BOONE, Trustee et al; from Northampton.    Appeal by plaintiff.

*Per Curiam:* Dismissed under Rule 17, February 15, 1898.

---

No. 102.    W. B. WILSON *v.* FARMERS AND TRADERS NATIONAL BANK et al; from Pitt County.    Appeal by defendants.    Messrs. Harding & Harding, for defendants.

*Per Curiam:* Affirmed, February 22, 1898.